

# THE THIRTEENTH COURT OF APPEALS

13-16-00107-CV

City of Weslaco
v.
Keith C. Livesay

On appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-0435-13-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 19, 2016